IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KENNETH LEE BROWN, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-97 |
| v. | |
| DAVID STOKES, | |
| Defendant. | |

**O R D E R**

Plaintiff filed his cause of action on August 14, 2023, and paid the full filing fee on August 17, 2023.  Doc. 1; Dkt. entry dated Aug. 17, 2023.  Plaintiff has provided the Court with no proof of service on the named Defendant.  Accordingly, Plaintiff shall have 14 days from the date of this Order to either show proof of service on Defendant or good cause for his failure to serve Defendant.  Plaintiff's failure to respond to this Order will result in the dismissal of his cause of action based on his failure to follow this Court's Orders and to prosecute his case.  The Court **DIRECTS** the Clerk of Court to provide Plaintiff with a copy of Federal Rule of Civil Procedure 4, along with a copy of this Order.

**SO ORDERED**, this 21st day of November, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA