# In the United States District Court for the Southern District of Georgia Brunswick Division

KENNETH LEE BROWN,

    Plaintiff,

v.

DAVID STOKES,

    Defendant.

2:23-cv-97

### ORDER

Plaintiff filed this cause of action under 42 U.S.C. § 1983. Dkt. No. 1. Plaintiff paid the requisite filing fee in full and served Defendant with his Complaint. Dkt. entry date Aug. 17, 2023; Dkt. Nos. 7, 12. Defendant filed his Answer, and the Court entered a scheduling order setting deadlines to complete discovery and file dispositive motions. Dkt. Nos. 13, 14, 21. Plaintiff has now filed a Motion to Voluntarily Dismiss his Complaint, citing Federal Rule of Civil Procedure 41. Dkt. No. 22. Defendant does not oppose Plaintiff's Motion. Dkt. No. 23.

Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph . . . is without prejudice." Upon due consideration, the Court **GRANTS** Plaintiff's

Motion to Dismiss his § 1983 Complaint voluntarily. Consequently, the Court **DISMISSES with prejudice** Plaintiff's Complaint and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.[1]

**SO ORDERED**, this 15 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff specifically requests the Court dismiss his action with prejudice, as he believes a reasonable jury could not conclude Defendant acted sadistically with an intent to harm. Dkt. No. 22 at 2.

2