AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENNETH LEE BROWN,

Plaintiff,

v.

DAVID STOKES,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-97

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated July 15, 2024, Plaintiff's motion to dismiss is granted, and Plaintiff's complaint is dismissed with prejudice. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

July 15, 2-24
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020